B. Alton Blackwelder, as Administrator of the Estate of Peter Nasir, Deceased, Appellant, v. Service Liquor Distributors of Central New York, Inc., et al., Defendants, and John H. Seymour, Sr., et al., Respondents. (Appeal No. 3)

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Henry, JJ.

The People of the State of New York, Respondent, v. Clarence Martin, Appellant.—

Present — Marsh, J. P., Gabrielli, Moule and Henry, JJ.